** THOMAS THOMPSON,** ASSIGNEE OF **GEORGE T. MEYER,** *versus* **IGNACE ROULEAU AND DAVID C. McKINSTRY.** 

JOURNAL ENTRIES (1828–30): *Journal 4:* (1) Rule to show why return not made to certiorari *p. 172; (2) cause shown *p. 173; (3) rule to join in error, continued *p. 194; (4) rule to join in errors extended *p. 240; (5) continued *p. 334; (6) writ of scire facias ad audiendum errores ordered issued *p. 415.
PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) writ of certiorari and return; (3) affidavit for supersedeas, allocatur; (4) precipe for supersedeas; (5) assignment of errors.
*1824–36 Calendar,* MS p. 138.